# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Employers Mutual Casualty Company, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1-16-cv-363 |
| Cliff Sabo; JD Services, Inc.; Woodrow Sveen; and Does 1-5, | ) ) ) | |
| Defendants. | ) | |

Before the court is Plaintiff's Motion to Dismiss with Prejudice. (Docket No. 3). In the motion, the Plaintiff informs the court the parties have reached a settlement as to all claims in this matter. The Defendants have not yet appeared in this action. The court **GRANTS** the motion. (Docket No. 3). The parties shall file their closing documents with the court by March 31, 2017.

**IT IS SO ORDERED.**

Dated this 14th day of February, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court