# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>      Plaintiff,<br><br>  v.<br><br>CLIFF SABO; JD SERVICES,INC.; WOODROW SVEEN; and DOES 1-5,<br><br>      Defendants. | Case No. 1:16-CV-363<br><br>**ORDER FOR JUDGMENT** |

Pursuant to the Court's prior Order granting Plaintiff's Motion to Dismiss with Prejudice, IT IS HEREBY ORDERED that the above-entitled case is hereby dismissed in its entirety with prejudice and without costs or disbursements to any party. The Clerk is hereby directed to enter judgment accordingly.

Dated this 1st day of March, 2017.

                                                        */s/ Charles S. Miller, Jr.*
                                                        Charles S. Miller, Jr., Magistrate Judge
                                                        United States District Court